**Electronically Filed**
**Supreme Court**
**SCWC-30475**
**27-MAR-2014**
**12:23 PM**

SCWC-30475

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

KAʻUPULEHU LAND LLC, a Hawaiʻi limited liability company,
Petitioner/Plaintiff-Appellee,

vs.

HEIRS AND ASSIGNS OF PAHUKULA (k); et al.,
Respondents/Defendants-Appellants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30475; CIV. NO. 08-1-0023K)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack JJ., and
Circuit Judge Perkins, in place of Acoba, J., recused)

Petitioner/Plaintiff-Appellee Kaʻupulehu Land LLC's

application for writ of certiorari filed on February 10, 2014 is

hereby accepted and will be scheduled for oral argument. The

parties will be notified by the appellate clerk regarding

scheduling.

DATED: Honolulu, Hawaiʻi, March 27, 2014.

| | |
|---|---|
| Steven S.C. Lim and Arsima A. Muller, for petitioner | /s/ Mark E. Recktenwald |
| | /s/ Paula A. Nakayama |
| Camille K. Kalama and David K. Kopper, for respondents | /s/ Sabrina S. McKenna |
| | /s/ Richard W. Pollack |
| | /s/ Richard K. Perkins |